United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAYA ZYSMAN,** | Case No.: 13-CV-2813 YGR |
| **Plaintiff,** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE HEARING; REQUIRING RULE 26 DISCLOSURES; REFERRING TO EARLY SETTLEMENT CONFERENCE; DENYING REQUEST FOR TELEPHONIC APPEARANCE** |
| vs. | |
| **ZANETT INC.,** *et al.*, | |
| **Defendants.** | |

The Court hereby issues the following Orders:

The Case Management Conference set for September 30, 2013, is hereby **CONTINUED** to **2:00 p.m. on Monday, January 16, 2014**.

The parties are hereby **ORDERED** to complete the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) no later than **October 31, 2013**.

The parties are hereby **REFERRED** to a mandatory, in-person settlement conference before Magistrate Judge Kandis A. Westmore. The settlement conference shall take place after the parties' exchange of Rule 26(a)(1) initial disclosures but before the rescheduled Case Management Conference. The parties will be advised of the exact date, time, and place of the settlement conference by notice from Judge Westmore. Should the case settle, the parties are **ORDERED** to file a Notice of Settlement within two business days so that the Court may vacate any pending dates.

United States District Court
Northern District of California

1    The Court shall hold a compliance hearing on **Friday, October 11, 2013,** on the Court's **9:01**

2    **a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

3    The parties are hereby **ORDERED** to review the profiles of the Magistrate Judges of this District,

4    which can be found at *http://cand.uscourts.gov/judges*. Magistrate Judges in this District routinely

5    accept jurisdiction of cases for all purposes, including trial, where the matter does not warrant the

6    expense of traveling to this jurisdiction. Accordingly, the Court will entertain joint requests for

7    referral to a magistrate of the parties' choice.

8    The parties shall file a joint, one-page Notice confirming compliance with this Order  no later

9    than **Friday, October 4, 2013**. If the Court is satisfied with the parties' compliance, the compliance

10   hearing shall be vacated and neither party shall be required to appear. Failure to timely file the

11   required Notice or otherwise comply with these Orders may result in sanctions.

12   Defense counsel's request to appear by telephone at the initial Case Management Conference

13   (Dkt. No. 23) is **DENIED AS MOOT**.

14   **IT IS SO ORDERED.**

15   Date: September 25, 2013

16   **YVONNE GONZALEZ ROGERS**
     **UNITED STATES DISTRICT COURT JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28