UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ZYSMAN, | CASE NO.: 13-CV-2813 YGR |
| Plaintiff, | (Hon. Yvonne Gonzalez Rogers) |
| vs. | |
| ZANETT Inc, The IT COMMONWEALTH and CLAUDIO M. GUAZZONI, CEO, and DENNIS HARKINS, CFO and KIM EDWARD ELVERUD, and SUMNER HARRINGTON LTD. and 20 DOES | [PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION REQUESTING AN ORDER RESETTING THE STATUS CONFERENCE TO JANUARY 27, 2014 AND PERMITTING COUNSEL TO APPEAR TELEPHONICALLY |
| Defendants. | Complaint Filed:   June 19, 2013 |
| | **Case Management Conference**:<br>Date:   January 13, 2014<br>Time:   2:00 p.m.<br>Ctrm.:   5 |

### [PROPOSED] ORDER

Having reviewed the *ex parte* motion of Defendants Zanett Inc., The IT Commonwealth, Claudio Guazzoni, Dennis Harkins, Kim Edward Elverud and Sumner Harrington Ltd. (collectively "Defendants") requesting an order permitting Defendants' counsel to appear telephonically at the Case Management Conference, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT THE REQUEST IS GRANTED**.

The Case Management Conference will be reset to occur at 2:00 p.m. on January 27, 2014 in Courtroom 5 in the Federal Courthouse, 1301 Clay Street, Oakland, California.

Defendants' co-trial counsel, Justin H. Jenkins or David Davenport, shall be permitted to appear telephonically at the Case Management Conference, and shall initiate the call by contacting the Court at _____ approximately five minutes prior to the commencement of the January 16, 2014 Case Management Conference **[or]** Defendants' counsel shall contact CourtCall in a timely manner to schedule the telephonic appearance;

BARGER & WOLEN
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER PERMITTING COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE - CASE NO.: 13-CV-2813 YGR

~~**[OR]**~~

~~An attorney from Defendants' local counsel's office shall appear in person at the Case Management Conference, along with a telephonic appearance by Defendants' co-trial counsel, Justin H. Jenkins or David Davenport. Defendants' co-trial counsel shall initiate the call by contacting the Court at _____ approximately five minutes prior to the commencement of the January 16, 2014 Case Management Conference~~ **[or]** ~~Defendants' counsel shall contact CourtCall in a timely manner to schedule the telephonic appearance.~~

**IT IS SO ORDERED.**

Dated: January 9, 2014

*[signature]*
HON. YVONNE GONZALEZ ROGERS

**Respectfully Submitted By**:
David A. Davenport (Admitted *Pro Hac Vice*),
ddavenport@winthrop.com
Justin H. Jenkins (Admitted *Pro Hac Vice*),
jjenkins@winthrop.com
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6400
Facsimile: (612) 604-6800

Andrew S. Williams (177926), awilliams@bargerwolen.com
Vivian I. Orlando (213833), vorlando@bargerwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Zanett Inc., The IT Commonwealth
Claudio M. Guazzoni, Dennis Harkins,
Kim Edward Elverud and Summer Harrington Ltd.

8655289v1

---

-1-
~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER PERMITTING COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE - CASE NO.: 13-CV-2813 YGR