United States District Court
Northern District of California

MAYA ZYSMAN,

        Plaintiff,

  v.

ZANETT INC., et al.,

        Defendants.

Case No.: CV 13-02813-YGR (KAW)

ORDER REGARDING FURTHER SETTLEMENT CONFERENCE

On December 13, 2013, the parties participated in a settlement conference in which the case did not settle. On January 27, 2014, the district court referred the parties to the undersigned for a further settlement conference to be completed by April 14, 2014. (Dkt. No. 54.)

Given that Defendants reside on the East Coast and other factors, the Court will conduct the further settlement conference telephonically. To help facilitate settlement, each party shall provide the Court with a confidential letter on or before February 28, 2014. This letter shall not exceed five, double-spaced pages, and shall contain the party's current settlement position, as well as any new developments in the case. Upon receipt of the letters, the Court will set a date for the further settlement negotiations.

IT IS SO ORDERED.

DATE: February 5, 2014

                                                                                   KANDIS A. WESTMORE
                                                                                   United States Magistrate Judge