**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ZYSMAN,  | No. C-13-02813 DMR |
| Plaintiff(s), | **ORDER RE PROPOSED PROTECTIVE ORDER** |
| v. | |
| ZANETT INC ET AL, | |
| Defendant(s). _____/ | |

Before the court is the parties' stipulated proposed Protective Order. [Docket No. 57.] The parties are ordered to revise the proposed Protective Order to comply with the procedures in this court's Standing Order re Discovery, including modifying Section 6 to track the procedures in the Standing Order, by no later than **February 21, 2014**.

IT IS SO ORDERED.

Dated: February 13, 2014

_____
DONNA M. RYU
United States Magistrate Judge