**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ZYSMAN, | No. C-13-02813-YGR  (DMR) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |
| v. | |
| ZANETT INC ET AL, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' letters regarding their discovery dispute. *See* Docket Nos. 59, 60.  You are hereby notified that a hearing regarding the dispute is set for **March 27, 2014 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

IT IS SO ORDERED.

Dated: February 21, 2014

_____
DONNA M. RYU
United States Magistrate Judge