United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYA ZYSMAN,                                     No. C-13-02813 DMR

        Plaintiff(s),                          **ORDER REQUIRING DEFENDANTS TO FILE DISCOVERY REQUESTS**

        v.

ZANETT INC ET AL,

        Defendant(s).
_____/

    The court is in receipt of ex parte discovery letters filed by Plaintiff Maya Zysman and Defendants.  [Docket Nos. 59 and 60.]  To assist the court in determining the issues, Defendants are ordered to file their Interrogatory Nos. 1-4 and Requests for Production Nos. 1-37, and any objections and/or responses, by **March 12, 2014.**

    IT IS SO ORDERED.

Dated: March 7, 2014

                                             _____
                                             DONNA M. RYU
                                             United States Magistrate Judge