UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ZYSMAN,<br><br>        Plaintiff(s),<br><br>   v.<br><br>ZANETT INC ET AL,<br><br>        Defendant(s). | No. C-13-02813 DMR<br><br>**ORDER DENYING DISCOVERY LETTERS [DOCKET NO. 69, 70] WITHOUT PREJUDICE AND REQUIRING PARTIES TO MEET AND CONFER** |

The court is in receipt of the parties' ex parte discovery letters. [Docket No. 69 and 70.] Both letters are **denied without prejudice**. The parties are ordered to meet and confer about Defendants' Requests for Production of Documents to Plaintiff and any continuing concerns Plaintiff has about Defendants' responses to her discovery requests by **May 2, 2014**. If the parties are unable to resolve their discovery disputes through meeting and conferring, they may separately file discovery letters of no more than **three pages** by **May 9, 2014.**

     IT IS SO ORDERED.

Dated: April 25, 2014

 

DONNA M. RYU
United States Magistrate Judge