UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ZYSMAN,<br>    Plaintiff,<br>v.<br>ZANETT INC., et al.,<br>    Defendants. | Case No. 13-cv-02813-JD<br><br>**ORDER DENYING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Re: Dkt. No. 92 |

The request is denied. The Court cannot remove documents from the ECF docket. Both of the documents at issue (Dkt. Nos. 83 and 90) have, however, been locked, and are therefore inaccessible to the public. The two documents will remain locked and inaccessible to the public until the Court rules on the related motion to seal (Dkt. No. 77).

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
JAMES DONATO
United States District Judge