Andrew S. Williams (177926),
awilliams@bargerwolen.com
Vivian I. Orlando (213833),
vorlando@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Justin H. Jenkins (Admitted pro hac vice)
jjenkins@winthrop.com
David A. Davenport (Admitted pro hac vice)
ddavenport@winthrop.com
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel (612) 604-6400 | Fax (612) 604-6800
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ZYSMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>ZANETT Inc, The IT COMMONWEALTH and CLAUDIO M. GUAZZONI, CEO, and DENNIS HARKINS, CFO and KIM EDWARD ELVERUD, and SUMNER HARRINGTON LTD. and 20 DOES<br><br>      Defendants. | CASE NO.: 13-CV-2813 JD (DMR)<br><br>**ORDER ADOPTING JOINT STIPULATION CONTINUING DISCOVERY HEARING OF JUNE 5, 2014** |

On June 4, 2014, the parties in the above-captioned action jointly filed a Joint Stipulation to Continue Discovery Hearing of June 5, 2014 ("Stipulation"). Having reviewed the Stipulation, the Court finds that there is good cause to continue the hearing currently set on June 5, 2014, and therefore IT IS HEREBY ORDERED THAT:

1. The hearing on June 5, 2014 shall be reset to July 31, 2014 at 11:00 a.m.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

ORDER ADOPTING JOINT STIPULATION

2. Defendants' counsel may appear at the rescheduled hearing by telephone consistent with the procedures set forth in the Court's prior order (Doc. No. 102).

IT IS SO ORDERED THIS 4th DAY OF JUNE, 2014.

_____
Hon. Donna M. Ryu
United States Magistrate Judge

9140965v1

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
ORDER ADOPTING JOINT STIPULATION