UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYA ZYSMAN,

        Plaintiff(s),

    v.

ZANETT INC ET AL,

        Defendant(s).
_____/

No. C-13-02813 DMR

**ORDER**

On June 4, 2014, the parties jointly stipulated to continue the hearing on the parties' ex parte discovery letters [Docket Nos. 74 and 75] in light of their "significant settlement discussions." *See* Docket No. 104. In light of this stipulation, the court continued the hearing date to July 31, 2014. *See* Docket No. 106.

The parties are ordered to advise the court by **July 7, 2014** whether the hearing should remain scheduled for July 31, 2014.

IT IS SO ORDERED.

Dated: July 2, 2014



_____
DONNA M. RYU
United States Magistrate Judge